**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OZZIE GOODING, III, Plaintiff, | : | Civil Action No.: 12 Civ. 905 (AWT)(DFM) |
| *v.* | : | |
| SECURITAS SECURITY SERVICES USA, INC. and NICOLE FREDRICKS, Defendants. | : | May 14, 2013 |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND**
**TO PRO SE PLAINTIFF'S AMENDED COMPLAINT**

Defendants Securitas Security Services USA, Inc. and Nicole Fredericks, by their attorneys Epstein Becker & Green, P.C., move, pursuant to Local Rule 7(b)(1), for a thirty day extension of time until Friday, June 14, 2013, to answer, move or otherwise respond to the Amended Complaint.

The deadline for Defendants to respond to the Amended Complaint is May 15, 2013; however, a response appears unnecessary because the parties have reached a settlement in principle and have negotiated the terms of their agreement in good faith. Allowing Defendants the requested thirty-day extension of time, until June 14, 2013, will provide the parties sufficient time to formalize their agreement and file a Stipulation of Discontinuance with Prejudice with the Court.

This is Defendants' sixth request for an extension of time to respond to the Amended Complaint. Pro Se Plaintiff Ozzie Gooding, III consents to this request.

Conclusion

For the foregoing reasons, Defendants respectfully request that their motion to extend the deadline, until June 14, 2013, to answer, move or otherwise respond to the Amended Complaint be granted.

Respectfully Submitted,
**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants,
Securitas Security Services USA, Inc. and
Nicole Fredericks

By: /s/ Kathryn E. White___________
Kathryn E. White (ct27879)
One Landmark Square, 18th Floor
Stamford, Connecticut 06901
Telephone: (203) 326-7408
Facsimile: (203) 326-7598
Kwhite@ebglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2013, a copy of the foregoing *Defendants' Motion for Extension of Time to Respond to Pro Se Plaintiff's Amended Complaint* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Kathryn E. White___________

Kathryn E. White (ct27879)
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, Connecticut 06901
Telephone: (203) 326-7408
Facsimile: (203) 326-7598
Kwhite@ebglaw.com