**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

------------------------------------------------------------------X

OZZIE GOODING III,

Plaintiff,

v.

SECURITAS SECURITY SERVICES USA, INC. and NICOLE FREDRICKS,

Defendants.

------------------------------------------------------------------X

Civil Action No.:
12 Civ. 905 (AWT)(DFM)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD by and between Pro Se Plaintiff Ozzie Gooding, III ("Gooding"), on one hand, and Defendants Securitas Security Services USA, Inc. ("Securitas") and Nicole Fredericks ("Fredericks"), on the other, that pursuant to Fed. R. Civ. P. 41(a)(1), this matter as against Securitas and Fredericks is discontinued in its entirety **with** prejudice; and Gooding, Securitas and Fredericks shall each bear their own costs, attorneys' fees, and disbursements.

DATED: New Haven, Connecticut
May 21, 2013

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants,
Securitas Security Services USA, Inc. and
Nicole Fredericks

By: ______________________
OZZIE GOODING, III (*Pro Se*)
117 Brownell Street
New Haven, CT 06511
Telephone: (203) 500-0165
Email: Goodingozzie@yahoo.com

By: ______________________
KATHRYN E. WHITE (ct27879)
One Landmark Square, 18th Floor
Stamford, Connecticut 06901
Telephone: (203) 326-7408
Facsimile: (203) 326-7598
Email: kwhite@ebglaw.com

JOSEPH D. GUARINO (phv05539)
One Gateway Center
Newark, New Jersey 07102-5311
Telephone: (973) 639-8267
Facsimile: (973) 642-0099
Email: jguarino@ebglaw.com

SO ORDERED:

______________________
The Honorable Alvin W. Thompson
Chief United States District Judge for the District of Connecticut



19922002_1.doc